United States Courts
Southern District of Texas
FILED

*August 27, 2025*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **vs.** | § | **CRIMINAL NO. 4:25-cr-0448** |
| | § | |
| | § | |
| **TREYVON BERMAN** | § | |

## CRIMINAL INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
**(Sex Trafficking)**

From on or about June 1, 2023, through February 28, 2024, in the Southern District of Texas and elsewhere, the defendant,

**TREYVON BERMAN,**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize and solicit by any means a person, namely a female known as Adult Victim 1 (hereafter AV1), and benefit financially and by receiving anything of value, from participation in a venture which had engaged in recruiting, enticing, harboring, transporting, providing, obtaining, maintaining, advertising, patronizing, and soliciting by any means, AV1, knowing and in reckless disregard for the fact that means of force, fraud, and coercion, and any combination of such means, would be used to cause AV1 to engage in commercial sex acts.

**In violation of Title 18, United States Code, Sections 1591(a) and (b)(1).**

1

## NOTICE OF FORFEITURE
### 18 U.S.C. § 1594

Pursuant to Title 18, United States Code, Section 1594, the United States gives the defendant notice that in the event of conviction for the offense charged in Count One of the Indictment, the United States will seek to forfeit all property, real or personal, that was involved in, used, or intended to be used to commit or facilitate the commission of such offense, and any property traceable to such property, and all property, real or persona, that constitutes or is derived from proceeds traceable to or obtained, directly or indirectly, as a result of such offense.

A True Bill:

Original Signature on File

_____
Grand Jury Foreperson

NICHOLAS J. GANJEI
United States Attorney

By: _____
JENNIFER K. WEINHOLD
KIMBERLY ANN LEO
Assistant United States Attorneys